# DIGEST OF DECISIONS

OF

## SUPREME COURT AND COURT OF APPEALS,

### AUSTIN TERM, 1884.

### WALKER v. STROUD.

Appeal from Limestone county.

*Appeal—Practice.*—This motion to dismiss the appeal bond is based on several grounds, all of which are fatal to the case, but one in particular requires a dismissal of the case. The judgment appealed from is in favor of L. A. Stroud, and the appeal bond is signed by him. He not being a valid surety, and there being but one other on the bond, it is insufficient, and for this reason the appeal must be dismissed.

### WATSON v. MILLER.

Appeal from Bell county.

*Practice.*—The motion to dismiss this appeal is based upon the ground that this court has no jurisdiction, by reason of the fact that no such final judgment has been rendered in the court below as from which an appeal will lie. HELD: The judgment is not final, as a portion of the case still remains in the district court to adjust the equities between parties defendant. The motion is granted. Appeal dismissed.